IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Doyle J. Dreesen, | ) |
| | ) C/A No. 2:20-2879-MBS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Premier Assurance Group SPC, Ltd., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The court having been advised that Defendant Premier Assurance Group SPC, Ltd. has filed for protection under the Bankruptcy Code, it is ORDERED that the proceedings in the captioned action be, and they are hereby, statistically stayed, pending conclusion of the proceedings in the United States Bankruptcy Court.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Charleston, South Carolina

November 18, 2020